UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EDMUNDO GABRIEL DELAPUENTE, JR., ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO.: CR 16-0342 EJD <br><br> **[PROPOSED] PRELIMINARY ORDER OF FORFEITURE** |

Having considered the application for a preliminary order of forfeiture filed by the United States, and the plea agreement entered on August 29, 2016, wherein the defendant Edmundo Gabriel Delapuente, Jr., agreed to forfeiture, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States pursuant to Title 21, United States Code, Section 853 and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure:

- $21,000 U.S. dollars, seized on or about June 24, 2016;
- 29.11281569 bitcoins seized on or about March 30, 2017, from the following bitcoin accounts;
    - 1DEJxmaoNTtgArVJejketTpYTKCLMGHHE3;
    - 1D7mg2qQt1cj17vqfh1LTFVwN7sLwZuRe9; and
    - 1PjeE4iN87rBPSawPeAriRh5mwrBa8bi84.

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 16-0342 EJD                                1

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish for at least thirty days on the government website www.forfeiture.gov a notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

IT IS FURTHER ORDERED that, the government may conduct discovery, in order to identify, locate, or dispose of property subject to forfeiture, in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure; and

IT IS FURTHER ORDERED that, this Court will retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS SO ORDERED this __4__ day of __December__ 2017.

_____
EDWARD J. DAVILA
United States District Judge